**Order entered January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01749-CV

### IN RE PENDRAGON TRANSPORTATION LLC, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01313-L**

## ORDER

The Court has before it the motion of Relator, Pendragon Transportation LLC, for Emergency Stay. We **DENY** the motion.

/s/     ADA BROWN
        JUSTICE